STATE OF CONNECTICUT *v.* RONALD THORP

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 112 (AC 18539), is denied.

*Donald D. Dakers,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided May 18, 2000

BANKERS TRUST COMPANY *v.* PENELOPE KINNEY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 20248) is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Penelope Kinney,* pro se, in support of the petition.

Decided May 18, 2000